OFFICE OF THE CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

http://www.wawb.uscourts.gov

**MARK L. HATCHER**
*Clerk*

**SEATTLE OFFICE**
700 Stewart St, Rm 6301.
Seattle, WA 98101
(206) 370-5200

**TACOMA OFFICE**
Union Station
1717 Pacific Ave., #2100
Tacoma, WA 98402-3233
(253) 593-6310

January 8, 2016

Mr. Jonathan D Otis
HHB 35th ADA
PSC3 Box 1912
APO AP 96266

Re:    Case #11-49336

Dear Mr. Otis:

This petition is being returned due to lack of documentation needed for processing. I have enclosed instructions, your original Petition, and a new Petition for Unclaimed Funds for your reference (with two signature pages). The unclaimed funds belong to Jonathan & Kasei Otis. Therefore, the petition must be signed by both parties and include supporting documentation. Documentation required, but not limited to, are copies of drivers' licenses, verification of your address on record (7294 A Wrighter Cir) and social security numbers.

If you have any questions, please do not hesitate to contact me.

Sincerely,

/s/

Nathalie Santos
Financial Assistant
(206) 370-5220